**FILED**

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0051

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

MICHAEL BONACORSI,

  Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 14, 2021, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 15 2021